UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. **3:23 CR 235-KDB** |
| ) | |
| ) | **BILL OF INDICTMENT** |
| ) | |
| v.   ) | Violations: |
| ) | |
| ) | 18 U.S.C. § 111(a)(1) and (b) |
| ) | 18 U.S.C. § 922(g)(1) |
| DUJUAN MARQUISE McNEIL ) | 18 U.S.C. § 924(c)(1)(A)(ii) |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Assault of Federal Employee by Means of Deadly or Dangerous Weapon)*

On or about June 1, 2023, in Mecklenburg County, within the Western District of North Carolina,

**DUJUAN MARQUISE McNEIL**

did knowingly and by means and use of a deadly or dangerous weapon, forcibly assault, resist, oppose, impede, intimidate and interfere with United States Postal Service employee K.S. while she was engaged in the performance of her official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

### COUNT TWO
*(Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence)*

On or about June 1, 2023, in Mecklenburg County, within the Western District of North Carolina,

**DUJUAN MARQUISE McNEIL**

did knowingly possess a firearm in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Assault of Federal Employee by Means of Deadly or Dangerous Weapon, a violation of Title 18, United States Code, Section 111(a)(1) and (b)(1), as set forth in Count One of this Bill of Indictment, incorporated by reference herein.

It is further alleged that said firearm was brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*(Assault of Federal Employee by Means of Deadly or Dangerous Weapon)*

On or about June 1, 2023, in Mecklenburg County, within the Western District of North Carolina,

### DUJUAN MARQUISE McNEIL

did knowingly and by means and use of a deadly or dangerous weapon, forcibly assault, resist, oppose, impede, intimidate and interfere with United States Postal Service employee A.H. while she was engaged in the performance of her official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT FOUR
*(Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence)*

On or about June 1, 2023, in Mecklenburg County, within the Western District of North Carolina,

### DUJUAN MARQUISE McNEIL

did knowingly possess a firearm in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Assault of Federal Employee by Means of Deadly or Dangerous Weapon, a violation of Title 18, United States Code, Section 111(a)(1) and (b)(1), as set forth in Count Three of this Bill of Indictment, incorporated by reference herein.

It is further alleged that said firearm was brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE
*(Possession of Firearm by Felon)*

On or about June 14, 2023, in Mecklenburg County, within the Western District of North Carolina,

**DUJUAN MARQUISE McNEIL**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms in and affecting commerce, those being a Taurus, Model Millennium PT111, 9mm semi-automatic pistol; a Smith & Wesson, Model SD9VE, 9mm semi-automatic pistol; a Taurus, Model G2C, 9mm semi-automatic pistol; and a Smith & Wesson, Model M&P15, .223 cal. semi-automatic rifle.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. a Taurus, Model Millennium PT111, 9mm semi-automatic pistol; a Smith & Wesson, Model SD9VE, 9mm semi-automatic pistol; a Taurus, Model G2C, 9mm semi-automatic pistol; a Smith & Wesson, Model M&P15, .223 cal. semi-automatic rifle; a Polymer 80 9mm semi-automatic pistol; magazines; and ammunition seized during a search of **DUJUAN MARQUISE McNEIL 's** residence at 5007 Endolwood Road, Apartment R, in Charlotte, North Carolina on June 14, 2023.

A TRUE BILL:

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

THOMAS KENT
ASSISTANT UNITED STATES ATTORNEY

4