Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET — U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES  ● NO

**DOCKET NUMBER:** 3:23-CR- 235-KDB

If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

**CASE NAME** : US vs DUJUAN MARQUISE McNEIL

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ○ Petty  ○ Misdemeanor  ● Felony

18 U.S.C. § 924(c)(1)(A)(ii)

**JUVENILE:** ○ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : THOMAS M. KENT

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)

Case 3:23-cr-00235-KDB-DCK   Document 1-2   Filed 10/18/23   Page 1 of 1