# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. DUJUAN MARQUISE McNEIL

Case Number: 3:23 CR 235-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 and 3 | 18 USC 111(a)(1) and (b) | None | Maximum term of 20 years imprisonment, a maximum fine of $250,000 and no more than 3 years of supervised release. |
| 2 and 4 | 18 USC 924(c)(1)(A)(ii) | 7 Years (consecutive) | Mandatory minimum term of 7 years imprisonment (consecutive to any other count), maximum term of life imprisonment, a maximum fine of $250,000, and no more than 3 years of supervised release |
| 5 | 18 USC 922(g)(1) | None | Maximum term of 15 years imprisonment, a maximum fine of $250,000, and no more than 3 years of supervised release. |
| | | | (However, if, pursuant to 18 U.S.C. § 924(e)(1), the defendant has three previous convictions by any court for a violent felony or serious drug offense, the minimum term of imprisonment is 15 years, the maximum term is life imprisonment, the maximum fine is $250,000, and the defendant would face up to five years of supervised release). |

| | | |
|---|---|---|
| IS THE DEFENDANT AN ARMED CAREER CRIMINAL? | ☐ YES | ☒ NO |
| * For 922(g) cases only | | |
| HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? | ☐ YES | ☒ NO |
| * For drug cases only | | |
| DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? | ☒ YES | ☐ NO |
| * 18 U.S.C. 924(C) ONLY | | |
| IF YES | ☒ BRANDISH | |
| | ☐ DISCHARGE | |